

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00252-CV

**OPEN SKY MEDIA, INC**.,
Appellant

v.

Tina **RABE**, NSIDE SA Magazine INC. and NSIDE Publications,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03938
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  May 22, 2013

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal, asserting the parties have settled their dispute. Additionally, appellant requests that each party bear its own costs. Appellant's counsel has certified that he has conferred with opposing counsel who does not oppose the motion. Accordingly, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1); 42.1(d).

PER CURIAM